UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REAMEL CURTIS,<br><br>         Plaintiff,<br><br>    vs.<br><br>KELLI HARRINGTON, *et al.*,<br><br>         Defendants. | 1:14-cv-00553-LJO-EPG-PC<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION PROCEED ONLY AGAINST DEFENDANTS GONZALEZ AND MARTINEZ ON PLAINTIFF'S DENIAL OF ACCESS TO COURTS CLAIMS AND THAT ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED<br><br>**OBJECTIONS, IF ANY, DUE IN TWENTY DAYS** |

Curtis Reamel ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On April 10, 2015, Plaintiff filed the Complaint commencing this action. (ECF No. 1.)  On April 12, 2016, this Court issued a screening order finding no cognizable claims and giving leave to amend. (ECF No. 9.)  On June 17, 2016, Plaintiff filed a First Amended Complaint. (ECF No. 12)

The Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable claims against Defendants Gonzalez and Burgarin. (ECF No. 13.)  On September 9, 2016, Plaintiff was told to either notify the Court that he is willing to proceed only on the claims found cognizable by the Court or to notify the Court that he does not agree to proceed only on the cognizable claims, subject to a recommendation that the non-

1

cognizable claims be dismissed from the action. *Id.* On September 26, 2016, Plaintiff filed a notice informing the Court that he is willing to proceed only on the cognizable Eighth Amendment claim for failure to protect against defendants Gonzalez and Burgarin. (ECF No. 14.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed only against defendants Gonzalez and Burgarin on Plaintiff's failure to protect claim;
2. All remaining claims and defendants be dismissed from this action; and
3. Plaintiff's claim for excessive force be dismissed from this action based on Plaintiff's failure to state a claim.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **twenty (20)** days after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **September 28, 2016**         /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE