# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REAMEL CURTIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. GONZALES and J. BURGARIN,<br><br>　　　　Defendants. | Case No. 1:15-cv-00553-LJO-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR |

　　　Reamel Curtis ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. An Initial Scheduling Conference was held on April 18, 2017 at 2pm. This conference was set in a minute order dated December 22, 2016, which was served on Plaintiff by mail. Counsel Lucas Hennes telephonically appeared on behalf of Defendants. Plaintiff failed to appear. Mr. Hennes contacted the litigation coordinator at California State Prison, Sacramento, where Plaintiff is currently housed. According to Mr. Hennes, the litigation coordinator informed him that Plaintiff never requested the conference be put on the calendar.

　　　Accordingly, Plaintiff IS ORDERED to show cause why he should not be sanctioned for failing to appear at the Initial Scheduling Conference. Plaintiff may either show cause in writing prior to the continued Initial Scheduling Conference (which is scheduled for May 2, 2017, at 2:00 p.m.) or orally at the continued Initial Scheduling Conference.
IT IS SO ORDERED.

　　　Dated: __**April 18, 2017**__　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE