IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REAMEL CURTIS,**<br><br>Plaintiff,<br><br>v.<br><br>**KELLI HARRINGTON, et al.,**<br><br>Defendants. | Case No. 1:15-cv-00553 LJO EPG (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>**[ECF NO. 47]** |

GOOD CAUSE HAVING BEEN SHOWN, the deadline for filing motions to compel in this case, currently set for November 13, 2017, is VACATED. Defendants may file a motion to compel further discovery responses by December 13, 2017.

Additionally, the dispositive motion deadline in this case, currently set for December 20, 2017, will be extended by thirty days. Dispositive motions must be filed no later than January 19, 2018.

A further Telephonic Status Conference is set for March 7, 2018 at 1:30 PM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To appear telephonically, the parties are directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated: **November 27, 2017**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1