IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REAMEL CURTIS,**<br><br>                          Plaintiff,<br><br>v.<br><br>**KELLI HARRINGTON, et al.,**<br><br>                          Defendants. | Case No. 1:15-cv-00553 LJO EPG (PC)<br><br>**ORDER GRANTING DEFENDANTS' THIRD MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, the deadline for filing dispositive motions in this case, currently set for January 19, 2018, is VACATED and will be reset at the March 7, 2018 status conference.

IT IS SO ORDERED.

Dated:   **January 16, 2018**             /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

1