UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REAMEL CURTIS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>KELLI HARRINGTON, *et al.*,<br><br>　　　　　　Defendants. | 1:15-cv-00553-LJO-EPG-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL THAT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT DENIED<br><br>(ECF No. 35, 54) |

　　　　Curtis Reamel ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 24, 2018, the Magistrate Judge filed a Findings and Recommendations that Defendants J. Bugarin and J. Gonzales' motion for summary judgment (ECF No. 35) be denied. (ECF No. 54.) The Findings and Recommendations were served on the parties that same day and contained notice that any objections were to be filed within twenty-one days. (*Id.*) Neither party timely filed an objection to the Findings and Recommendations.

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1. The Findings and Recommendations, filed January 24, 2018, (ECF No. 54) are adopted in full;

2. Defendants J. Bugarin and J. Gonzales' motion for summary judgment (ECF No. 35) is DENIED; and
3. This action shall proceed only against defendants J. Bugarin and J. Gonzales on Plaintiff's failure to protect claim.

IT IS SO ORDERED.

Dated: **February 20, 2018**  /s/ **Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE