UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REAMEL CURTIS,<br><br>    Plaintiff,<br><br>    v.<br><br>J. GONZALES and J. BURGARIN,<br><br>    Defendants. | Case No. 1:15-cv-00553-LJO-JDP<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>NEW DEADLINE: AUGUST 15, 2018<br><br>(Doc. No. 74.) |

Plaintiff Reamel Curtis proceeds without counsel in this civil rights action brought under 42 U.S.C. § 1983. On April 26, 2018, defendants J. Gonzales and J. Burgarin moved for summary judgment on the merits. (Doc. No. 66.) Plaintiff failed to oppose defendants' motion by the applicable deadline, and the undersigned extended plaintiff's deadline to file his opposition. (Doc. No. 72.) The undersigned explained that plaintiff's failure to oppose defendants' motion by the new deadline might result in the grant of summary judgment for defendants or dismissal for failure to prosecute. (*Id*.) Plaintiff again failed to file his opposition by the new deadline, and the undersigned issued the findings and recommendations that the court dismiss the case. (Doc. No. 73.)

Plaintiff now moves for a 45-day extension to oppose defendants' summary judgment motion. (Doc. No. 74.) Plaintiff states that he has had no opportunity to oppose defendants' motion because, for all but seven days, his prison was locked down from April 2018 to July 2018, preventing him from preparing an opposition. (*Id*. at 1.) Plaintiff's claim is suspect; the

1

court has received numerous submissions from litigants confined at the same institution as plaintiff during the period referenced by plaintiff, and at least one litigant from the same prison finished summary-judgment briefing in July 2018. *See Lear v. Akanno*, No. 15-cv-1903, Doc. Nos. 70, 71 (E.D. Cal. July 12, 2018). Nonetheless, the undersigned will allow plaintiff the benefit of the doubt and give him a short extension to respond to defendants' summary judgment motion.

Plaintiff must file his opposition to defendants' summary judgment motion by the deadline set forth below. At a minimum, plaintiff's opposition should present evidence on these two issues:

1. whether defendant Burgarin participated in the decision to transfer plaintiff to Facility 3-A and whether Burgarin escorted him to Facility 3-A.
2. whether plaintiff informed defendant Gonzales that he faced safety risk for being housed in Facility 3-A.

The undersigned will direct defendants' counsel to send a copy of this order to the litigation coordinator at plaintiff's institution of confinement. The undersigned asks that the litigation coordinator enable plaintiff to present his evidence on the two issues noted above and ensure his access to courts. The two issues identified above require plaintiff to present evidence; they do not require him to conduct legal research. After reviewing the parties' submissions, the undersigned will consider vacating the findings and recommendations issued on July 19, 2018. (Doc. No. 73.)

Defendants and their counsel may inform the court whether, in their view, plaintiff lacked the opportunity to oppose defendants' motion for summary judgment. In particular, defendants may wish to inform the court to what extent plaintiff's prison was locked down during the April to July 2018 period, whether plaintiff lacked access to his evidence in his cell, and whether limits were placed on his access to the law library.

**Order**

Accordingly,

1. By Monday, July 30, 2018, defendants' counsel must send, electronically or by other means, a copy of this order to the litigation coordinator at plaintiff's institution of confinement, so that the order may be forwarded to plaintiff as efficiently as possible.
2. By Wednesday, August 15, 2018:
    a. Plaintiff Reamel Curtis must serve and file his opposition to defendants J. Gonzales and J. Burgarin's motion for summary judgment.
    b. Plaintiff's opposition to defendants' summary judgment motion must present evidence on the two issues identified in this order.
    c. Defendants may provide the court with the information identified in this order.
3. After reviewing the parties' submissions, the court will assess whether to amend or vacate the findings and recommendations issued on Thursday, July 19, 2018 (Doc. No. 74).
4. The deadline for filing objections to the findings and recommendations issued on Thursday, July 19, 2018 (Doc. No. 74) is extended to Wednesday, August 29, 2018.

IT IS SO ORDERED.

Dated: July 26, 2018

UNITED STATES MAGISTRATE JUDGE